# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMITRI VORONIN AND NINA VORONIN,<br><br>Plaintiffs,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>Defendant. | No. |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the Defendant AmGUARD Insurance Company ("AmGUARD" or "Defendant") submits this Notice of Removal, and as grounds state as follows:

1. On or about October 10, 2023, this action was filed in the County of Kings, Supreme Court of the State of New York. The caption of the Complaint is: *Dmitri Voronin and Nina Voronin v. AmGUARD Insurance Company*, County of Kings, Supreme Court of the State of New York, having Index No. 529206/2023.

2. AmGUARD was served with a summons and the Complaint on October 16, 2023.

3. Removal is timely under 28 U.S.C. § 1446(b), as fewer than 30 days have passed since AmGUARD was served with process.

4. A copy of the Complaint and all other process, pleadings, and orders served upon AmGUARD is attached as Exhibit A.

5. Removal is based on diversity of citizenship between all parties, and the amount in controversy exceeds $75,000.

6. The Complaint alleges that the Plaintiffs live in the County of Kings, State of New York.

7. The Defendant AmGUARD is a corporation organized under the laws of the State of Nebraska with its principal place of business in Pennsylvania.

8. The Plaintiff has alleged damages exceeding $75,000.00.

9. This Court has jurisdiction based upon diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

10. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Removal Notice will be given to all parties to this suit and will be filed with the clerk of the County of Kings, Supreme Court of the State of New York.

11. Pursuant to 28 U.S.C. §1446(a) and (c) and Local Rule 81.1, within thirty days of filing this Notice of Removal, AmGUARD will ensure filing with this Court of certified copies of all records and proceedings in the state court action.

12. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. §1446(a).

13. In submitting this Notice of Removal, AmGUARD reserves all defenses to this action.

The Defendant,

AMGUARD INSURANCE COMPANY
By its attorney,

*/s/ Jane A. Horne*
Jane A. Horne, Bar No. 4691838
PEABODY & ARNOLD LLP
11 Broadway, Suite 615
New York, NY 10004
Dated: November 13, 2023            (617) 951-2100
jhorne@peabodyarnold.com

## CERTIFICATE OF SERVICE

I, Jane A. Horne, hereby certify that on this 13th day of November, 2023, the following document was electronically filed and served electronically upon all parties on record, and is available for viewing:

Scott E. Agulnick, Esq.
Greenblatt Agulnick Kremin, P.C.
510 Broadhollow Road, Suite 303
Melville, NY 11747

*sagulnick@gaklawfirm.com*

*Plaintiff's Counsel*

                                                      */s/ Jane A. Horne*
                                                      Jane A. Horne